UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | INDICTMENT 19-264 ECT/DTS |
|---|---|
| Plaintiff, | 18 U.S.C. § 844(e) |
| v. | |
| 1. RAY GHANSHAM PERSAUD, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNTS 1-3
(Maliciously Conveying, Using an Instrument of Interstate Commerce, False Information About an Attempt Being Made To Damage or Destroy a Building by Means of Explosives)

On or about the dates set forth below, in the State and District of Minnesota, the defendant,

**RAY GHANSHAM PERSAUD,**

using a telephone, maliciously conveyed false information, knowing the information to be false, concerning an alleged attempt being made to damage or destroy a building by means of explosives, all in violation of Title 18, United States Code, Section 844(e).

| Count Number | Date | False Information Maliciously Conveyed To: |
|---|---|---|
| 1 | April 17, 2019 | University of St. Thomas, St. Paul, Minnesota |
| 2 | August 20, 2019 | University of St. Thomas, St. Paul, Minnesota |
| 3 | September 17, 2019 | University of St. Thomas, St. Paul, Minnesota |

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY                    FOREPERSON

SCANNED
OCT 0 9 2019
U.S. DISTRICT COURT ST. PAUL